PROB 12C
(7/93)

Report Date: July 9, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez  Case Number: 2:13CR00166-EFS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Dee D. Drell, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 15, 2008

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 2 | |
| Original Sentence: | Prison - 45 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: August 16, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 15, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician.<br><br>**Supporting Evidence**: Isaac Rodriguez violated the conditions of his supervised release in Spokane, Washington, by consuming marijuana on or about July 7, 2014. The offender reported that he consumed a brownie that contained marijuana on July 5, 2014. He allegedly consumed the marijuana while at his sister's residence in Yakima, Washington. An admission of use form was signed by the offender on July 7, 2014. |
| 2 | **Special Condition # 2**: The defendant shall perform 300 hours of community service work, as approved by the U.S. Probation Office. In the event the defendant becomes unemployed while on supervision, he shall perform an additional 20 hours of community service per week.<br><br>**Supporting Evidence**: Isaac Rodriguez violated the conditions of his supervised release in Spokane, Washington, by failing to perform the required hours of community service work ordered by the Court. It is noted, he has failed to perform community service consistently since supervision commenced in August 2013. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9, 2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 10, 2014

Date