PROB 12C
(7/93)

Report Date: November 17, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez                Case Number: 2:13CR00166-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Dee D. Drell, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 15, 2008

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) & 2 | |
| Original Sentence: | Prison - 45 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: August 16, 2013 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: August 15, 2017 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Isaac Rodriguez violated the conditions of his supervised release in Spokane, Washington, by consuming marijuana on or about November 10, 2014. The offender signed an admission of use form dated November 10, 2014. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/17/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob12C
Re: Rodriguez, Isaac Ray
November 17, 2014
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

December 3, 2014
Date