PROB 12C
(7/93)

Report Date:  October 13, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez                    Case Number: 0980 2:13CR00166-EFS-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 15, 2008

Original Offense:        Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) & 2

Original Sentence:       Prison 45 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Pamela J. Byerly              Date Supervision Commenced: August 16, 2013

Defense Attorney:        Robert R. Fischer             Date Supervision Expires: August 15, 2017

---

### PETITIONING THE COURT

        To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/18/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determine by the Court. |

**Supporting Evidence**: Mr. Rodriguez violated the conditions of his supervised release by consuming an illegal controlled substance, cocaine, on or about October 12, 2015.

Mr. Rodriguez reported as directed to the vendor site to provide a urine sample. The sample field tested positive for cocaine.  Mr. Rodriguez signed a drug use admission form admitting to the use of the illegal controlled substance.

Prob12C
**Re: Rodriguez, Isaac Ray**
**October 13, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/13/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

10/13/2015

Date