PROB 12C
(7/93)

Report Date: September 18, 2015

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2015

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez                    Case Number: 0980 2:13CR00166-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 15, 2008

Original Offense:        Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) & 2

Original Sentence:       Prison 45 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Pamela J. Byerly             Date Supervision Commenced: August 16, 2013

Defense Attorney:        Robert R. Fischer            Date Supervision Expires: August 15, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determine by the Court. |

**Supporting Evidence**:  Mr. Rodriguez violated the conditions of his supervised release by consuming an illegal controlled substance, cocaine, on September 10 and 15, 2015.

Mr. Rodriguez reported as directed to the vendor site to provide a urine sample. The sample field tested positive for cocaine.  Mr. Rodriguez signed a drug use admission form admitting to the use of the illegal controlled substance.

Mr. Rodriguez reported to the undersigned officer as directed to discuss the above-mentioned  drug use on September 17, 2015. He was directed by the undersigned officer to provide a urine sample.  Mr. Rodriguez indicated that he would test positive for cocaine, as he claimed to have used the illegal controlled substance on September 15, 2015. Mr. Rodriguez signed a drug use admission form admitting to the drug use on September 17, 2015.

| | |
|---|---|
| 2 | **Special Condition # 2**: You shall perform 300 hours of community service work, as approved by the U.S. Probation Office. In the event the defendant becomes unemployed while on supervision, he shall perform an additional 20 hours of community service per week. |

**Supporting Evidence**: Isaac Rodriguez has failed to perform his Court ordered community service as directed for the month of August 2015. Mr. Rodriguez was unemployed throughout the month of August and failed to work 20 hours of community service per week as ordered.

| | |
|---|---|
| 3 | **Special Condition # 3**: You shall complete a drug/alcohol treatment program, which will include urine testing. He shall pay the cost of treatment based on his ability to pay as assessed by the U.S. Probation Office. |

**Supporting Evidence**: Isaac Rodriguez is not in compliance with his chemical dependency treatment, in violation of special condition number 3.

According to the monthly treatment report for the month of August from Spokane Addiction Recovery Center (SPARC), Mr. Rodriguez failed to attend six out of his required twelve treatment sessions and failed to attend any of his required eight self help groups in August 2015. Mr. Rodriguez is not in compliance with his Court ordered chemical dependency treatment requirements.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/18/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
September 22, 2015
Date