PROB 12C  
(6/16)

Report Date: October 21, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez          Case Number: 0980 2:13CR00166-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Dee D. Drell, Chief U.S. District Court Judge  
Name of Supervising Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Court Judge

Date of Original Sentence: August 15, 2008

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) & 2 | |
| Original Sentence: | Prison - 45 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/2/2015) | Prison- 6 months;<br>TSR- 28 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: April 12, 2016 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: August 11, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On September 30, 2016, Mr. Isaac Rodriguez reported to U.S. Probation to address his continued ongoing noncompliance as it related to his community service hours as ordered by the Court. As a part of the contact, the client was directed to begin reporting to U.S. Probation on every Monday effective October 10, 2016, to provide written verification of any and all community service hours completed for the week. The client indicated that he understood his requirement to report weekly and agreed to do so.<br><br>October 10, 2016, a Monday, was a federal holiday in which U.S. Probation was not open. Mr. Rodriguez then failed to report to, or contact U.S. Probation, on Tuesday, October 11, 2016. The undersigned officer attempted contact with Mr. Rodriguez and his sponsor on their cell phones both on October 12, and again on October 13, 2016. The undersigned officer left voice mails for the client on both occasions on his sponsor's cell phone directing |

the client to contact the undersigned officer; however, no response was received. The undersigned officer attempted an unscheduled home contact with the client on October 14, 2016, at which time a note for the undersigned officer was located on the client's door, indicating that he had broken his cell phone. A business card was left for the client on his door, directing him to report to U.S. Probation on October 17, 2016, to which he then reported on the aforementioned date. The client indicated that he had faxed his community service hours to the undersigned officer on Monday, October, 10, 2016, so he assumed that he did not need to report. The client later admitted to knowing that he needed to report and that he failed to do so. The client was previously warned for similar behavior, after alleging that he had previously broken his phone as well.

2   **Special Condition # 16**: Defendant shall perform 300 hours (minus any hours performed as of 12/02/2015) of community service work, at a rate of not less than 10 hours per month, as approved by the U.S. Probation Office. If defendant is unemployed while on supervision, defendant shall perform an additional 20 hours of community service per week, for a total of 90 hours of community service per month.

**Supporting Evidence**: On April 12, 2016, Mr. Isaac Rodriguez began his current term of supervised release with the Eastern District Washington. Consistent with his conditions as ordered by the Court, Mr. Rodriguez was given credit for 165.75 hours of community service hours as previously completed, leaving a balance due of 134.25 hours. Since Mr. Rodriguez' inception on his current term of supervised release, he has provided verification for a total of 97.25 hours, leaving a total balance due of 37 hours that remain outstanding at this time. Mr. Rodriguez has failed to satisfy this condition as ordered by the Court in the time frame as ordered. It should also be noted that Mr. Rodriguez has remained unemployed since July 22, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 21, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons

Signature of Judicial Officer

October 21, 2016

Date