PROB 12C  
(6/16)

Report Date: November 3, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez   Case Number: 0980 2:13CR00166-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Dee D. Drell, Chief U.S. District Court Judge  
Name of Supervising Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 15, 2008

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) & 2 | |
| Original Sentence: | Prison - 45 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (12/2/2015) | Prison - 6 months; TSR - 28 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: April 12, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 11, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/21/2016 and to issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On October 28, 2016, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Rodriguez had failed to appear for a random urinalysis test previously scheduled to occur on October 27, 2016. Attempts were made to contact both the client and his wife on October 28, and 31, 2016; November 1, and 2, 2016. During each attempted contact with the client, staff left a voice mail for the client on his wife's cell phone directing him to both report to U.S. Probation and to contact the U.S. Probation Office in Spokane immediately. It should be noted that Mr. Rodriguez does not have voice mail on his cell phone, although numerous attempts were made to contact him on this number as well. |

        On November 1, 2016, at 6:06 p.m., the undersigned officer received a voice mail from the client who indicated that he had been stuck out of town, but was aware that he had missed a urinalysis test. Mr. Rodriguez indicated that he would report tomorrow (November 2, 2016) at 10 a.m., but again failed to report. The undersigned officer then received a phone call from the client on November 2, 2016, at 3 p.m., in which he apologized for his actions and indicated that he would try to report on the day in question; however, he again failed to report.

        It should be noted that on September 30, 2016, Mr. Rodriguez had also previously been provided a directive to report to U.S. Probation every Monday until directed otherwise; however, the client failed to report to U.S. Probation on Monday October 31, 2016, as directed. The justification for Mr. Rodriguez' current and continued wilful failure to report to U.S. Probation is unknown at this time.

4        **Special Condition # 17:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On October 28, 2016, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Rodriguez had failed to appear for a random urinalysis test previously scheduled to occur on October 27, 2016. On November 1, 2016, the undersigned officer received a voice mail from the client in which he indicated that he was aware he had missed a urinalysis test.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 3, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Rodriguez, Isaac Ray**
**November 3, 2016**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

November 3, 2016

Date